**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 726 MAL 2019

           Respondent            :

                               :   Petition for Allowance of Appeal
                               :   from the Order of the Superior Court

           v.                   :

                               :

DEMETRIUS MONTIS JOSEPH,        :

           Petitioner              :

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.